IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| In re:<br>**Building Materials Corporation of America Asphalt Roofing Shingle Products Liability Litigation** | **MDL No. 8:11-mn-02000-JMC** |
| This filing relates to the Management File here captioned and the following related civil actions:<br>    **All Actions** | |

**ORDER ADDRESSING STORAGE OF FUNDS DEPOSITED INTO THE COURT'S REGISTRY**

This matter is before the court as a result of issues created by the receipt, storage, and refund of the $200.00 filing fees that have been paid into the court's registry. Upon consideration of these issues, the court **DIRECTS** the Clerk of Court to place any filing fees received after the filing date of this Order in the registry, a non-interest bearing account. The court further **DIRECTS** the Clerk to remove all currently held filing fees from their current interest bearing account and place them in the registry, a non-interest bearing account. Finally, the court **DIRECTS** the Clerk to proceed with the refunding of all $200.00 filing fees previously ordered (see ECF No. 234) without accrued interest.

**IT IS SO ORDERED.**

_____
J. Michelle Childs
United States District Judge

July __, 2015
Columbia, South Carolina